IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE                                                    *

                                                         *     CASE NO. 13-05077 MCF

LILIMAR VELEZ PUCHALES                                   *

                                                         *     CHAPTER 13

DEBTOR _____                          *

## DEBTOR'S MOTION REQUESTING ORDER
## RE: AUTHORIZATION TO USE FUNDS FROM TAX REFUND

TO THE HONORABLE COURT:

NOW COMES, **LILIMAR VELEZ PUCHALES,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1.   The debtor's confirmed Plan dated June 20, 2013, provides that debtor's tax refunds will be paid into the Plan. See docket no. 2, 17.

2. The debtor has received her 2012 tax refund in the sum of 2,005.00. Attached is copy of check dated October 11, 2013 issued by Treasury Department of Puerto Rico.

3. The debtor respectfully submits to the Court that she needs to use these funds to pay for:  materials and labor cost to repair roof-leak on debtor's residential property and mechanical repairs to debtor's motor vehicle. Attached is copy of house roof repair materials invoice/estimate and auto repairs estimate.

4. The debtor needs to use the funds from the 2012 "tax refund' to pay for these reasonable expenses. Furthermore, the debtor is living within a very "tight" budget which barely covers her living expenses and a Plan payment of $150.00.

5. Based on the abovestated, the debtor respectfully requests this Court to Order the authorization of the use of these funds to allow the debtor to pay for these expenses with her "tax refund".

Page – 2-
Debtor's Motion Requesting Order
Case no. 13-05077 MCF13

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2012 tax refund by the debtor to pay for the above stated expenses.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; I also certify that a copy of this motion was sent via US Mail to Lilimar Velez Puchales, Estancias La Ceiba 525 Rafael Hernandez Street Juncos PR 00777.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 4th day of November, 2013.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com



# Ferretería El Laberinto

Todo lo que necesitas de Ferretería Liviana, Pesada y Agrícola
**¡AL MEJOR PRECIO!**
Entrega inmediata en la mayoría de los casos

Carr. 183 Km. 15.5 Juncos, Puerto Rico
Bo. Valenciano Arriba, Frente a la Panadería La Esperanza

**Tels. (787) 736-4045 • 404-0807**

☐ CASH          ☐ CRÉDITO          ☐ C.O.D.

FECHA: 10/10/13

NOMBRE: Lily Mar Vélez

DIRECCIÓN: Cotización

| CANTIDAD | | DESCRIPCIÓN | PRECIO | TOTAL |
|---|---|---|---|---|
| 2 | 1 | pailas de Sabarek | | 198.00 |
| 2 | 2 | pailas cemento hidráulico | | 76.00 |
| 5 | 3 | pailas sellador Crosseo 5520 | | 665.00 |
| 2 | 4 | ganchos de Rolo | | 6.00 |
| 3 | 5 | motas de Rolo | | 9.00 |
| | 6 | | | |
| | 7 | | # | 954.00 |
| | 8 | | | |
| | 9 | | TAX | 66.78 |
| | 10 | | | |
| | 11 | | #1,020.78 | |
| | 12 | | | |
| | 13 | | | |
| | 14 | | | |
| | 15 | | | |
| | 16 | | | |
| | 17 | | | |
| | 18 | | | |

11469

RECIBIDO POR:

# Auto Master Express

P.O. Box 1751
**Juncos, PR 00777**
**Tel. 787.734.5995  Fax 787.734.2124**

# Estimate

| Date | Estimate # |
|---|---|
| 10/24/2013 | 192 |

**Name / Address**

Lilimar Velez
Urb. Estancias de la Ceiba 525
Calle Rafael Hernandez, Juncos, PR 00777

| | Project |
|---|---|
| | |

| Description | Qty | Cost | Total |
|---|---|---|---|
| Platos | 2 | 75.00 | 150.00T |
| Botellas delanteras | 2 | 89.00 | 178.00T |
| Botellas traseras | 2 | 69.00 | 138.00T |
| Alineamiento | 1 | 55.00 | 55.00T |
| | | | |
| Labor: Reparación Tren delantero | 1 | 275.00 | 275.00T |
| Reemplazar Botellas Traseras | 1 | 125.00 | 125.00T |
| Impuestos de Ventas y Usos (7%) | | 7.00% | 64.47 |

| **Total** | $985.47 |
|---|---|

Customer Signature

| FECHA | NUMERO DE COMPROBANTE | DESCRIPCION/CONTRATO | FACTURA/OPE | IMPORTE DEL COMPROBANTE |
|---|---|---|---|---|
| 11/10/13 | 000025 | REINT 2012 | ---- | $****2,005.00 |

| | DIA | MES | AÑO |
|---|---|---|---|
| 17559549 | 11 | 10 | 13 |
| NUMERO DE CHEQUE | | FECHA EMISION | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO

RETENGA ESTE TALON
PARA SUS RECORDS.

🔒 Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Modelo SC 784.3
31-ENERO-2006

REINT
2012

| | DIA | MES | AÑO | DIA | MES | AÑO | |
|---|---|---|---|---|---|---|---|
| | 11 | 10 | 13 | 11 | 04 | 14 | 17559549 |
| | FECHA EMISION | | | VENCE EN | | | NUMERO DE CHEQUE |

| IMPORTE |
|---|
| $******2,005.00 |

DOS MIL CINCO DOLARES CON NO/100

LILIMAR VELEZ PUCHALES


BGF

SECRETARIO DE HACIENDA

VELEZ PUCHALES, LILIMAR
ESTANCIAS DE LA CEIBA
525 RAFAEL HERNANDEZ STREET
JUNCOS, PR  00777

ROOMS TO GO
PO BOX  981439
EL PASO, TX  79998

R. Figueroa Carrasquillo
Law Office
PO Box 186
Caguas, PR  00726-0186

SALLIE MAE
PO BOX 9500
WILKES BARRE, PA  18773

AMERICAN EXPRESS
PO BOX 47455
JACKSONVILLE, FL  32247-7455

SEARS
PO BOX 6189
SIOUX FALLS, SD  57117-6189

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

T-MOBILE
PO BOX 660252
DALLAS, TX  75266-0252

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR  00936-2589

COSTCO
PO BOX 30253
SALT LAKE CITY, UT  84130

DORAL BANK
PO BOX 29426
RIO PIEDRAS, PR  00929

GECRB/HOME DESIGN FURN
PO BOX 965036
ORLANDO, FL  32896

JC PENNEY
PO BOX 364788
SAN JUAN, PR  00936-4788

ORIENTAL BANK (BBVA)
PO BOX 191017
SAN JUAN, PR  00919-1017