**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**LILIMAR VELEZ PUCHALES**<br>**xxx–xx–3309**<br><br>Debtor(s) | Case No. **13–05077 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 8/10/18 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion requesting entry of order on Non–Delivery of Tax Refunds filed by Trustee, docket #61.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted. Debtor shall comply within 14 days. In San Juan, Puerto Rico, this Friday, August 10, 2018 .

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge