IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LILIMAR VELEZ PUCHALES

CASE NO. 13-05077-MCF

CHAPTER 13

DEBTOR(S)

NOTICE OF WITHDRAWAL
MOTION TO DISMISS
DOCKET (67)

**TO THE HONORABLE COURT:**

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee and very respectfully states and prays:

1. In the present case, the Trustee filed a/an Motion to Dismiss (docket#67) on 09/25/2018.

2. Trustee hereby withdraws the above mentioned document.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid to debtor(s) at the address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 10/10/2018.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521
CCD-MM

| 13-05077-MCF | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ROBERTO FIGUEROA CARRASQUILLO* <br> R FIGUEROA CARRASQUILLO LAW OFFICE PSC <br> PO BOX 186 <br> CAGUAS, PR 00726 -0186 | AMERICAN EXPRESS TRS CO INC <br> LATIN AMERICAN DIVISION C/O BECKET AND LEE LLP <br> PO BOX 3001 <br> MALVERN, PA 19355 -0701 |
| LILIMAR VELEZ PUCHALES <br> ESTANCIAS DE LA CEIBA <br> 525 CALLE RAFAEL HERNANDEZ <br> JUNCOS, PR 00777 | |

DATED: 10/10/2018

/s/ Hector Perez
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1   - CASE NO 13-05077-MCF